FILED

12/09/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0697

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0697

_____

MARCUS DELANE MENSER,

     Petitioner,

  v.

                                          O R D E R

YELLOWSTONE COUNTY SHERIFF,
MIKE LENDER,

     Respondent.

_____

Marcus Delane Menser, via counsel, has filed a Petition for Writ of Habeas Corpus, alleging he is not being properly credited for time served in two Billings Municipal Court cases: TK-2019-0787 and CR-2022-0008. Upon review of his Petition and attachments, we deem it appropriate to require a response.

IT IS THEREFORE ORDERED that that the Attorney General or counsel for the Department of Corrections is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Marcus Delane Menser personally.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 9 2024